# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 16-cv-00276-RM-MEH

APL MICROSCOPIC, INC.

        Plaintiff,

v.

JANE OPPENHEIM,

        Defendant.

## ORDER OF DISMISSAL

Pursuant to and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (ECF No. 22 ) signed by the attorneys for the Plaintiff hereto, it is

ORDERED that this action is dismissed with prejudice, each party to pay its own costs and attorney's fees.

DATED at Denver, Colorado, this 11th day of April, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Court Judge